**Order entered March 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00087-CV

**ANGELINA ARREDONDO, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DANIEL CANALES ARREDONDO, ET AL., Appellants**

**V.**

**ALL SAINTS MEDICAL CENTER D/B/A BAYLOR SCOTT & WHITE ALL SAINTS MEDICAL CENTER-FORT WORTH; AND BAYLOR HEALTH CARE SYSTEM, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-07257**

### ORDER

The clerk's record in this case is overdue. After we notified appellant the clerk's record had not been filed because she had not paid for or made arrangements to pay for the record, appellant provided the Court with verification of payment for the clerk's record.

Accordingly, we **ORDER** the Dallas County District Clerk to file the clerk's record within **TEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to:

Felicia Pitre
Dallas County Clerk

All parties

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE